No. 82–874. SCHWEIKER, SECRETARY OF HEALTH AND HUMAN SERVICES v. EDWARDS. C. A. 9th Cir. Motion of respondent for leave to proceed *in forma pauperis* and certiorari granted.

No. 82–5298. SEGURA ET AL. v. UNITED STATES. C. A. 2d Cir. Motion of petitioners for leave to proceed *in forma pauperis* granted. Certiorari granted limited to Question 1 presented by the petition.

No. 82–5466. WELSH v. WISCONSIN. Sup. Ct. Wis. Motion of petitioner for leave to proceed *in forma pauperis* and certiorari granted.

No. 81–6661. MOSS v. OHIO. Sup. Ct. Ohio. Certiorari denied.

No. 82–418. GAIU LOCAL 13–B, GRAPHIC ARTS INTERNATIONAL UNION v. NATIONAL LABOR RELATIONS BOARD. C. A. 2d Cir. Certiorari denied.

No. 82–495. CROWN ZELLERBACH CORP. v. ARONSEN. C. A. 9th Cir. Certiorari denied.

No. 82–575. AMERICAN POSTAL WORKERS UNION, AFL–CIO v. UNITED STATES POSTAL SERVICE ET AL. C. A. 9th Cir. Certiorari denied.

No. 82–598. SMITH v. UNITED STATES. C. A. 10th Cir. Certiorari denied.